| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>Faye C. Rasch, State Bar No. 253838<br>frasch@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br>Fascimile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Local Counsel for Official Committee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.<br><br>Debtor(s). | CASE NO.: 2:16-bk-17463-ER<br><br>ADVERSARY NO.: 2:18-ap-01171-ER<br><br>CHAPTER: 11 |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.,<br><br>Plaintiff(s).<br>vs.<br>ABBOTT LABORATORIES, INC.<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: August 22, 2018<br>TIME: 10:00 a.m.<br>COURTROOM: 1568<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

| | | Yes | No |
|---|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☐ | ☒ |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☐ | ☒ |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☐ | ☒ |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☐ | ☒ |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

    The Committee has reached out to defendant, through its in house counsel, Cindy Clawson, however Ms. Clawson is out of the office until August 17, 2018.

    The Committee has not yet served the complaint in an effort to conserve costs and resolve the claims without protracted litigation. In the event that an agreement cannot be reached, the Committee will apply for an alias summons and serve the complaint.

B. <u>**READINESS FOR TRIAL**</u>:

    1.    When will you be ready for trial in this case?
            <u>Plaintiff</u>                  <u>Defendant</u>

    2.    If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
            <u>Plaintiff</u>                  <u>Defendant</u>

    3.    When do you expect to complete <u>your</u> discovery efforts?
            <u>Plaintiff</u>                  <u>Defendant</u>

    4.    What additional discovery do you require to prepare for trial?
            <u>Plaintiff</u>                  <u>Defendant</u>

C. <u>**TRIAL TIME**</u>:

    1.    What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
            <u>Plaintiff</u>                  <u>Defendant</u>

    2.    How many witnesses do you intend to call at trial (*including opposing parties*)?
            <u>Plaintiff</u>                  <u>Defendant</u>

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                Page 2              **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

      <u>Plaintiff</u>        <u>Defendant</u>

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference ☐ is  ☐ is not  requested | Pretrial conference ☐ is  ☐ is not  requested |
| Reasons: | Reasons: |

<u>Plaintiff</u>            <u>Defendant</u>

Pretrial conference should be set <u>after</u>:    Pretrial conference should be set <u>after</u>:

(*date*) _____         (*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?  ☐ Yes  ☐ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

    <u>Plaintiff</u>           <u>Defendant</u>

   ☐ Yes  ☐ No         ☐ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 3      **F 7016-1.STATUS.REPORT**

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 08/15/2018                                              Date: _____

WEILAND GOLDEN GOODRICH LLP                                   _____
Printed name of law firm                                      Printed name of law firm

/s/ Faye C. Rasch                                             _____
Signature                                                     Signature

Faye C. Rasch                                                 _____
Printed name                                                  Printed name

Attorney for: Official Committee of Unsecured Creditors       Attorney for: _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                     Page 4                     **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/17/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/17/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/17/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVED VIA OVERNIGHT DELIVERY
Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/16/2018 | Victoria Rosales | *victoria* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.