Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.<br><br>Debtor. | Case No. 2:16-bk-17463-ER<br><br>Chapter 7<br><br>Adversary No.: 2:18-ap-01171-ER<br><br>**PROOF OF SERVICE OF COMPLAINT FOR AVOIDANCE AND RECOVER OF PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550; ORDER RE COURTROOM PROCEDURES; SCHEDULING ORDER; SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GARDENS REGIONAL HOSPITAL AND MEDICAL CENTER, INC.,<br><br>Plaintiff(s),<br>v.<br><br>ABBOTT LABORATORIES INC.,<br><br>Defendants. | Status Conference:<br><br>Date:    November 13, 2018<br>Time:    10:00 a.m.<br>Place:   Courtroom 1568<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, California 90012 |

1181943.1                                                                                                           NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify* **COMPLAINT FOR AVOIDANCE AND RECOVER OF PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550; ORDER RE COURTROOM PROCEDURES; SCHEDULING ORDER; SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **September 11, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) **September 11, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 11, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest Robles, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 11, 2018 | Kelly Adele | *Kelly Adele* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
1181943.1

**VIA U.S. MAIL**
Abbott Laboratories Inc.
Attn: President
100 Abbott Park Road
Abbott Park, IL  60064

Abbott Laboratories Inc.
c/o CT Corporation System
208 So LaSalle St, Ste 814
Chicago, IL  60604
**Agent for Service of Process**

**Electronic Mail Notice List**
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Faye C Rasch     frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov