

**FILED & ENTERED**

**SEP 17 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:      Gardens Regional Hospital and Medical Center, Inc., Debtor | Case No.:     2:16-bk-17463-ER<br>Adv. No.:     2:18-ap-01171-ER |
| Official Committee of Unsecured Creditors of Gardens Regional Hospital and Medical Center, Inc.,<br><br>                                    Plaintiff | **ORDER SETTING CONTINUED STATUS CONFERENCE FOR NOVEMBER 13, 2018, AT 10:00 A.M.** |
| v.<br><br>Abbott Laboratories, Inc.,<br><br>                                   Defendant | **CONTINUED STATUS CONFERENCE:**<br><br>Date:        November 13, 2018<br><br>Time:        10:00 a.m.<br><br>Location:   Ctrm. 1568<br>                 Roybal Federal Building<br>                 255 East Temple Street<br>                 Los Angeles, CA 90012 |

Having conducted a Status Conference in this action on August 22, 2018, the Court HEREBY FINDS and ORDERS as follows:

1) Plaintiff elected not to serve the Complaint "in an effort to conserve costs and resolve the claims without protracted litigation." To provide Plaintiff additional time to negotiate a potential settlement, a continued Status Conference shall be held on **November 13, 2018, at 10:00 a.m.**

2) In the Status Report filed in connection with the continued Status Conference, Plaintiff shall advise the Court whether the action has settled. In the event the action does not settle, Plaintiff shall obtain an Alias Summons and shall serve the Alias Summons and Complaint upon the Defendant by no later than **November 6, 2018**.

3) The Court will maintain the litigation deadlines previously set in order to encourage settlement. In the event the action has not settled by the time of the continued Status Conference, the Court will determine whether it is necessary to extend the litigation deadlines.

IT IS SO ORDERED.

###

Date: September 17, 2018

Ernest M. Robles
United States Bankruptcy Judge